299 So.2d 779

**Cornelius Sims BRADY and N. R. McHenry**

**v.**

**CITY OF MOBILE.**

**I Div. 395.**

Court of Criminal Appeals of Alabama.

March 19, 1974.

Rehearing Denied May 7, 1974.

Braxton L. Kittrell, Jr., Mobile, for appellants.

Chandler Kite Stanard, Mobile, for the City of Mobile.

CATES, Presiding Judge.

Ordinance breach for exhibiting an obscene film.  ·

The film was seized as an incident to the arrests of the projectionist and manager of the cinema. No copy was made. No adversary proceeding for a judicial determination was available following seizure. A provision for a hearing before seizure in Ordinance 41–085 had been repealed.

We remand to the trial court to ascertain the applicability of Heller v. New York (1973) 413 U.S. 483, 93 S.Ct. 2789, 37 L.Ed.2d 745, and cases therein cited.

Remanded with directions.

All the Judges concur.

■

301 So.2d 183

**BUTLER AND KENNAMER WHOLESALE COMPANY, a partnership**

**v.**

**STATE of Alabama.**

**Civ. 300.**

Court of Civil Appeals of Alabama.

Oct. 2, 1974.

BRADLEY, Judge.

Upon remand to this court by the Supreme Court of Alabama it is considered that this cause should be reversed in accordance with the opinion rendered by the Supreme Court, on September· 12, 1974 in the above cause, 293 Ala. 216, 301 So.2d 178, and remanded to the Circuit Court of Jackson County, Alabama for further proceedings.

Reversed and remanded.

WRIGHT, P. J., and HOLMES, J., concur.